**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:09-cv-02700-JLK-KLM

JOHN R. DANIELSON,

    Plaintiff,

v.

PRIVATE ESCAPES, LLC,
PRIVATE ESCAPES HOLDINGS, LLC
ULTIMATE ESCAPES HOLDINGS, LLC,
ULTIMATE ESCAPES, INC.,
ULTIMATE ESCAPES PREMIERE CLUB, LLC,
ULTIMATE ESCAPES CLUBS, LLC,
ULTIMATE ESCAPES ELITE CLUB, LLC, and
ULTIMATE ESCAPES SIGNATURE CLUB, LLC,

    Defendants.

**ORDER**

THE COURT, having reviewed the Motion to Dismiss (doc. #17), filed July 20, 2010, and otherwise being fully advised in the premises,

**ORDERS** that the Motion is **GRANTED**. The above-captioned case is **DISMISSED WITH PREJUDICE** with each party to pay its own attorneys fees and costs.

Dated this 21st day of July, 2010.

                                      **BY THE COURT:**

                                      *s/John L. Kane*
                                      U.S. District Court Judge